AO 247 (10/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)                                            Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | Case No: 4:07-cr-1427-005 (TLW) |
| | ) | USM No: 16904-171 |
| -versus- | ) | Pro se |
| | ) | Defendant's Attorney |
| Terry Martin<br>a/k/a T-Ray | ) | |
| | ) | |
| Date of Previous Judgment: February 27, 2009 | ) | |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❏ the Director of the Bureau of Prisons ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is **DENIED** (Doc. # 387)**.**  This case does not qualify because the guideline range (before any departure) remains the same after recalculating.

**IT IS SO ORDERED**.

Order Date:   July 2, 2012                                                                          s/ Terry L. Wooten
                                                                                                                    *Judge's signature*

Effective Date:                                                                                        Terry L. Wooten, United States District Judge
*(if different from above)*